UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-23989-CIV-MORENO

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

7TH AVE TIRE AND WHEEL INC., a Florida
Profit Corporation and 14295 R.C.
PROPERTIES LLC, a Florida Limited
Liability Company,

    Defendants.
_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

This cause came before the Court upon a *sua sponte* review of the record.

Defendant 14295 R.C. Properties LLC was directed by Court order to file an answer to the complaint by April 30, 2025. *See* D.E. 24. As of the date of this order, no such answer has been filed. Therefore, it is

**ADJUDGED** that the Clerk shall file an Entry of Default against 14295 R.C. Properties LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Upon entry of default, Plaintiff may file a motion for Default Judgment as to one or both Defendants in accordance with Rule 55(b) of the Federal Rules of Civil Procedure. The Clerk is directed to close the case.

DONE AND ORDERED in Chambers at Miami, Florida, this ___6___ of May 2025.

                                        _____
                                        FEDERICO A. MORENO
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record